IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| SERENA RUIZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:26-cv-04024-MDH |
| | ) |
| BRIAN GOTTLIEB, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Before the Court is *Pro Se* Plaintiff Serena Ruiz's Motion for Leave to Proceed *In Forma Pauperis*. (Doc. 1). This case was originally assigned to the United States Magistrate Judge. The Magistrate Judge submitted a report and recommendation to the undersigned regarding Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*. (Doc. 2). Plaintiff was given fourteen days from the report and recommendations to file any objections. Plaintiff has failed to file any objections and the time to do so has elapsed. Therefore, the matter is now ripe for review. After a review of the record before the Court, the Court agrees with the report and recommendation issued by the United States Magistrate Judge, and in accordance with such:

**IT IS HEREBY ORDERED** that the report and recommendation (Doc. 2) of the United States Magistrate Judge is **ADOPTED** and that the Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is **DENIED** and the case dismissed without prejudice.

**IT IS SO ORDERED.**

Date: February 24, 2026

                                                          */s/ Douglas Harpool*
                                                          **DOUGLAS HARPOOL**
                                                          **UNITED STATES DISTRICT JUDGE**